UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

'08 CIV 5171

---

RICHARD L. STONE and KIRBY McINERNEY LLP

Plaintiff,

-v-

EDWARD T. JOYCE, EDWARD T. JOYCE AND ASSOCIATES, P.C., ET AL.

Defendant.

Case No. _____

**Rule 7.1 Statement**

*RECEIVED JUN 05 2008 U.S.D.C. S.D.N.Y. CASHIERS*

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Kirby McInerney LLP _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** 06/04/2009

**Signature of Attorney**

**Attorney Bar Code:** PL 8945

Peter S. Linden
Kirby McInerney LLP
825 Third Ave. 16th Fl
NY, NY 10022

Form Rule7_1.pdf   SDNY Web 10/2007