UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RICHARD L. STONE and KIRBY
McINERNEY LLP,

                        Plaintiffs

Docket No: 08-CV-5171

- against -

**ENTRY OF APPEARANCE**

EDWARD T. JOYCE; EDWARD T. JOYCE &
ASSOCIATES, P.C.; PAUL M. WEISS; FREED &
WEISS, LLC; JOHN RANDY PATCHETT and
PATCHETT LAW OFFICE

                        Defendants
-------------------------------------------------------------X

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

      Enter my appearance as counsel in this case for defendants Edward T. Joyce and Edward T. Joyce & Associates, P.C.  I certify that I am admitted to practice in the Southern District of New York.

Dated:  June 27, 2008
         New York, New York

                              **NIXON PEABODY LLP**

                              By:   /s/ Roger R. Crane
                                  Roger R. Crane, Jr. (RC -0469)

                              437 Madison Avenue
                              New York, New York 10022
                              (212) 940-3000
                              rcrane@nixonpeabody.com

                              *Attorneys for Defendants*
                              *Edward T. Joyce and*
                              *Edward T. Joyce & Associates, P.C.*

11068600.1

- 2 -

**CERTIFICATE OF SERVICE**

      This is to certify that on June 27, 2008, I caused a copy of the foregoing Notice of Appearance, in the matter captioned as <u>Richard L. Stone and Kirby McInerney LLP v. Edward T. Joyce, Edward T. Joyce & Associates, P.C., Paul M. Weiss, Freed & Weiss LLC, John Randy Patchett, and Patchett Law Office,</u> CV-08-5171, to be filed with the Court's ECF system, which would in turn notify the following via the Court's electronic filing system:

        Peter S. Linden, Esq.
        Kirby McInerney LLP
        830 Third Avenue, 10th Floor
        New York, New York  10022

        Counsel for the Plaintiffs


                              /s/ Roger R. Crane
                              Roger R. Crane

Dated:  June 27, 2008

11068600.1