UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
RICHARD L. STONE and KIRBY
McINERNEY LLP,

                  Plaintiffs,

        - against -

EDWARD T. JOYCE; EDWARD T. JOYCE &
ASSOCIATES, P.C.; PAUL M. WEISS; FREED &
WEISS, LLC; JOHN RANDY PATCHETT and
PATCHETT LAW OFFICE,

                  Defendants.
--------------------------------------------------------X

08 CV 5171 (UA)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT and COUNSEL OF RECORD:**

      PLEASE TAKE NOTICE, that O'Dwyer & Bernstien, LLP hereby enters its appearance

as counsel of record for defendants John Randy Patchett and Patchett Law Office and request

that all documents in this action be served on the undersigned.

Dated:  New York, New York
         June 27, 2008

                           O'DWYER BERNSTIEN, LLP

                           By: _____
                              Gary Silverman (GS 9287)
                            52 Duane Street, Fifth Floor
                            New York, New York 10007
                            (p) 212-571-7100
                            (f) 212-571-7124

                           *Attorneys for Defendants*
                           *John Randy Patchett  and*
                           *Patchett Law Office*

To:   Peter S. Linden, Esq.
      Kirby McInerney LLP
      *Attorneys for Plaintiffs*