USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICHARD L. STONE and KIRBY
McINERNEY LLP,

                Plaintiffs,

- against -

EDWARD T. JOYCE; EDWARD T. JOYCE &
ASSOCIATES, P.C.; PAUL M. WEISS; FREED &
WEISS, LLC; JOHN RANDY PATCHETT and
PATCHETT LAW OFFICE,

                Defendants.
-----------------------------------------------------------X

08 CV 5171 (UA)

REQUEST FOR EXTENSION
OF TIME TO ANSWER
OR OTHERWISE PLEAD

       Defendants John Randy Patchett and Patchett Law Office (hereafter "the Patchett defendants"), by their undersigned counsel, hereby move this Court for an extension of time to answer or otherwise plead. In support of this application, the Patchett defendants state as follows:

       1.     This action was filed on June 5, 2008.

       2.     This firm was retained to represent the Patchett defendants on this date. A notice of appearance on behalf of the Patchett defendants has been filed.

       3.     Counsel for the Patchett defendants require additional time to review the facts underlying this case and therefore seek additional time to answer or otherwise move with respect to the complaint. Counsel requests an extension to and including July 21, 2008.

       4.     This is the first request for an extension of time on behalf of the Patchett defendants.

       5.     As of the date of this application there are no scheduled court appearances.

       6.     The requested extension is not sought for purposes of harassment or delay and no

party will be prejudiced by the extension.

    7.    On this date, at approximately 3:30 p.m. counsel for the Patchett defendants left a message for Peter Linden, Esq., counsel for plaintiffs, to obtain his consent to the request for extension. There has been no response as of the time of the filing of this request.

WHEREFORE, the Patchett defendants respectfully request an extension of time, up to and including July 21, 2008, to answer or otherwise move with respect to the complaint.

Dated: New York, New York
       June 27, 2008

          Yours, etc.

          O'DWYER BERNSTIEN, LLP

By: _____
      Gary Silverman (GS 9287)
      52 Duane Street, Fifth Floor
      New York, New York 10007
      (p) 212-571-7100
      (f) 212-571-7124

*Attorneys for Defendants*
*John Randy Patchett and*
*Patchett Law Office*

To:    Peter S. Linden, Esq.
       Kirby McInerney LLP
       *Attorneys for Plaintiffs*
       825 Third Ave., 16th Floor
       New York, NY 10022

[Handwritten note:] Application granted, the Patchett Defendants' time to answer or otherwise respond is extended to July 21, 2008. So ordered. [Signed] RPP USDJ 6/30/08

2