UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RICHARD L. STONE and KIRBY
McINERNEY LLP,

                Plaintiffs

      - against -

EDWARD T. JOYCE; EDWARD T. JOYCE &
ASSOCIATES, P.C.; PAUL M. WEISS; FREED &
WEISS, LLC; JOHN RANDY PATCHETT and
PATCHETT LAW OFFICE

                Defendants
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08
```

Docket No: 08-CV-5171

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Roger Crane, attorney for Defendants, Edward T. Joyce and Edward T. Joyce & Associates, P.C., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Claire Gorman |
| Firm Name: | Nisen & Elliott |
| Address: | 200 West Adams St., Suite 2500 |
| City/State/Zip: | Chicago, Illinois 60606 |
| Phone Number: | (312) 346-7800 |
| Fax Number: | (312) 346-9316 |
| Email Address: | cgorman@nisen.com |

is admitted to practice pro hac vice as counsel for Defendants, Edward T. Joyce and Edward T. Joyce & Associates, P.C., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 8, 2008
City, State: New York, New York

July 15, 2008

_____
Honorable Robert P. Patterson