UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD L. STONE and KIRBY
MCINERNEY LLP

                Plaintiffs,                           08 CV 5171 (RPP)

      -against-

EDWARD T. JOYCE, EDWARD T. JOYCE &         NOTICE OF
ASSOCIATES, P.C., PAUL M. WEISS,              SUBSTITUTION
FREED & WEISS, LLC, JOHN RANDY              OF COUNSEL
PATCHETT and PATCHETT LAW OFFICE,

                Defendants.
------------------------------------------------------------X

      PLEASE TAKE NOTICE, that the Law Office of Thomas M. Mullaney, 708 3rd Avenue, Suite 2500, New York, New York, 10017, 212-223-0800 is hereby substituted in place and stead of O'Dwyer & Bernstien, LLP, 52 Duane Street, New York, New York, 10007, 212 571-7100, as attorneys for Defendants John Randy Patchett and Patchett Law Office for all purposes.

Dated: New York, New York
       July 21, 2008

O'DWYER & BERNSTIEN, LLP                    Law Offices of THOMAS M. MULLANEY

By: GARY SILVERMAN (GS 9287)              By: THOMAS M. MULLANEY (TM4274)
*Outgoing Attorneys for Defendants*             *Attorneys for Defendants*
*John Randy Patchett and*                              *John Randy Patchett and*
*Patchett Law Office*                                  *Patchett Law Office*
52 Duane Street, 5th Floor                      708 3rd Avenue
New York, New York 10007                      New York, New York 10017
(212) 571-7100                                        (212) 223-0800