UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RICHARD L. STONE and KIRBY
McINERNEY LLP,

                                    Docket No: 08-CV-5171

       Plaintiffs

  - against -

EDWARD T. JOYCE; EDWARD T. JOYCE &
ASSOCIATES, P.C.; PAUL M. WEISS; FREED &
WEISS, LLC; JOHN RANDY PATCHETT and
PATCHETT LAW OFFICE

       Defendants
-------------------------------------------------------------X

## NOTICE OF MOTION

To:    Peter S. Linden                          Thomas M. Mullaney
        Kirby McInerney LLP              Law Office of Thomas M. Mullaney
        830 Third Avenue, 10th Floor      708 Third Avenue, Suite 2500
        New York, NY 10022               New York, NY 10017

     **PLEASE TAKE NOTICE** that Defendants Edward T. Joyce and Edward T. Joyce & Associates, P.C. upon their **Memorandum of Law in Support of their Motion to Dismiss pursuant to FRCP 12(b)(1)(2)(3) & (6) and upon the Declaration of Edward T. Joyce**, attached hereto, seek an order dismissing them in the above-referenced action.

Dated: July 21, 2008                    Respectfully submitted,

                                        Nisen & Elliott LLC,

                                        BY:    //s//  Claire E. Gorman
                                                       Claire E. Gorman

Roger R. Crane (RC 0469)
Nixon Peabody LLP
437 Madison Avenue

New York, NY  10022
212.940.3000

Michael Moirano (Admitted Pro Hac Vice)
Claire E. Gorman (Admitted Pro Hac Vice)
Nisen & Elliott LLC
200 West Adams Street, Suite 2500
Chicago, Illinois 60606
Attorney No.

*Attorneys for Defendants Edward T. Joyce and Edward T. Joyce & Associates, P.C.*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned attorney, certifies that on July 21, 2008, she caused Defendants Edward T. Joyce and Edward T. Joyce & Associates, P.C. **Memorandum of Law in Support of their Motion to Dismiss pursuant to FRCP 12(b)(1)(2)(3) & (6) and upon the Declaration of Edward T. Joyce** to be served upon

<u>Counsel for Plaintiff</u>
Peter S. Linden
Kirby McInerney LLP
830 Third Avenue, 10th Floor
New York, NY 10022


<u>Counsel for John Randy Patchett and Patchett Law Office.</u>
Thomas M. Mullaney
Law Office of Thomas M. Mullaney
708 Third Avenue, Suite 2500
New York, NY 10017

by electronically delivering a copy through the Court's CM/ECF filing system.

                                                        /s/    Claire E. Gorman