UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
RICHARD L. STONE and KIRBY :
McINERNEY, LLP : 08-CV-5171
:
Plaintiffs, : **PLAINTIFFS' REQUEST ON**
-against- : **CONSENT FOR EXTENSION OF**
: **TIME TO OPPOSE OR**
EDWARD T. JOYCE, : **OTHERWISE RESPOND TO**
EDWARD T. JOYCE & ASSOCIATES, P.C.; : **DEFENDANTS' MOTIONS TO**
PAUL M. WEISS; FREED & WEISS, LLC; : **DISMISS**
JOHN RANDY PATCHETT and PATCHETT :
LAW OFFICE :
:
Defendants :
------------------------------------------------------------x

Plaintiffs Richard L. Stone and Kirby McInerney LLP (collectively "Plaintiffs"), by their counsel, hereby move this Court for an extension of time to August 21, 2008 to oppose or otherwise respond to the motion to dismiss filed by Edward T. Joyce, and Edward T. Joyce & Associates, P.C. (collectively the "Joyce Defendants") and the motion to dismiss or transfer filed by John Randy Patchett and the Patchett Law Office (collectively the "Patchett Defendants").

1. The Joyce Defendants served and filed a motion to dismiss via ECF on July 21, 2008.

2. The Patchett Defendants served and filed a motion to dismiss or, in the alternative, to transfer via ECF on July 21, 2008.

3. Plaintiffs' response to these motions is due on August 7, 2008, which

includes the time permitted under the rules plus three days on account of the ECF service.

4. Plaintiffs request an extension until August 21, 2008 to oppose or otherwise respond to the motions, on account of intervening vacation time and other litigation business.

5. This is Plaintiffs' first request for an extension.

6. Counsel for the Patchett Defendants, Thomas Mullaney of Law Offices of Thomas M. Mullaney, consented to the requested extension in a conversation with Peter Linden of Kirby McInerney, LLP on July 30, 2008.

7. Counsel for the Joyce Defendants, Roger Crane of Nixon Peabody, also has consented to the requested extension in a July 30, 2008 email.

WHEREFORE, Plaintiffs respectfully request an extension of time, up to and including August 21, 2008, to oppose or otherwise respond to Defendants' motions to dismiss.

Dated: July 31, 2008
    New York, New York

Respectfully submitted,

/s/ _____
Peter S. Linden (PL - 8945)
KIRBY McINERNEY, LLP
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 371-6600
plinden@kmllp.com

*Attorneys for Plaintiffs*

Of Counsel: Richard L. Stone (RS- 5324)

## CERTIFICATE OF SERVICE

This is to certify that on July 31, 2008, I caused a copy of the foregoing Plaintiffs' Request for Extension of Time to Oppose or Otherwise Respond to Defendants' Motions to Dismiss to be served by the Court's electronic filing system and by U.S. Mail on counsel for defendants as follows:

>Roger Crane, Esq.
>Nixon Peabody
>437 Madison Avenue
>New York, NY 10022
>
>Michael Moirano, Esq.
>Nisen & Elliott
>200 West Adams Street
>Suite 2500
>Chicago, IL 60606
>
>Thomas M. Mullaney, Esq.
>Law Offices of Thomas M. Mullaney
>708 Third Avenue, Suite 2500
>New York, NY 10017

Dated: July 31, 2008
    New York, NY

>/s/
>Peter S. Linden
>Kirby McInerney, LLP
>825 Third Avenue, 16th Floor
>New York, NY 10022
>plinden@kmllp.com