# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
www.KMLLP.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08
```



**VIA FAX 212.805.7917**

July 31, 2008

Honorable Robert P. Patterson
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

**MEMO ENDORSED**

    Re:   *Richard L. Stone, et al. v. Edward T. Joyce, et al.,*
            **Docket No 08-CV-5171 (Our File No. 290.03)**

Dear Judge Patterson,

    Enclosed please find a courtesy copy of Plaintiffs' Request on Consent for Extension of Time to Oppose or Otherwise Respond to Defendants' Motions to Dismiss. As noted, plaintiffs seek an extension through August 21, 2008 to respond to the motions, and all defendants have consented to the extension sought. Plaintiffs have filed the request with the Court via ECF.

    Thank you for your consideration.

Respectfully submitted,

Peter S. Linden

*application granted*
*So ordered*
*Robert P. Patterson*
*USDJ*
*8/4/08*

Enclosure

cc:   Roger Crane, Esq. (with enclosure)
       Michael Moirano, Esq. (with enclosure)
       Thomas M. Mullaney, Esq. (with enclosure)

NEW YORK        TEXAS