# NIXON PEABODY LLP
### ATTORNEYS AT LAW



437 Madison Avenue
New York, New York 10022-7001
(212) 940-3000
Fax: (212) 940-3111

Roger R. Crane
Direct Dial: (212) 940-3190
Direct Fax: (866) 293-9537
E-Mail: rcrane@nixonpeabody.com

August 4, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, New York 10007

**MEMO ENDORSED**

Re:  Stone v. Joyce
     08-CV-5171

Dear Judge Patterson:

My firm represents Edward T. Joyce and Edward T. Joyce & Associates, P.C. (collectively the "Joyce Defendants") in the above referenced matter.

I am writing in response to Plaintiffs' request for an extension of time to oppose or otherwise respond to Defendants' motions to dismiss. The Joyce Defendants have agreed to Plaintiffs' requested extension of their time to respond to August 21st on the condition that they in turn be granted ten days to August 31st to file their reply papers. Since August 31st falls on a Sunday, the Joyce Defendants' papers should therefore be due on September 1st. For some reason the request for 10 days to file a reply is missing from Plaintiffs' papers. Accordingly, if Plaintiffs' request is granted it is respectfully requested that the Joyce Defendants be granted 11 days until September 1st to file their reply.

Respectfully yours,

Roger R. Crane

*Application granted
So ordered
[signature] RPP
8/6/08*

cc:  Jennifer L. MacDougall Esq.

11105712.1