UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD L. STONE and KIRBY McINERNEY LLP,<br><br>-v-<br><br>EDWARD T. JOYCE, EDWARD T. JOYCE & ASSOCIATES, P.C.; et al. | Plaintiff,<br><br>Case No. 08 Civ. 5171<br><br>**Rule 7.1 Statement**<br><br>Defendant. |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Freed & Weiss LLC (F&W)      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 08/21/2008

FREED & WEISS LLC
and PAUL M. WEISS,

By: _____
Paul M. Weiss, *Pro Se*

111 West Washington Street,
Suite 1331
Chicago, Illinois 60602
(312) 220-0000
*Defendants*

Form Rule7_1.pdf   SDNY Web 10/2007