LAW OFFICES OF
THOMAS M. MULLANEY
708 THIRD AVENUE, SUITE 2500
NEW YORK, NEW YORK 10017
Tel.: (212) 223-0800
Fax: (212) 661-9860



SEP - 3 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

September 3, 2008

**BY FACSIMILE**

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

**MEMO ENDORSED**

Re: *Richard L. Stone, et al. v. Edward T. Joyce, et al.*
    08-Civ-5171 (RPP)

Your Honor:

I write on behalf of Defendants John Randy Patchett and Patchett Law Office ("Patchett Defendants") in the above-referenced matter. With the consent of Plaintiffs' counsel, I ask the Court for an extension of time to Monday, September 8 for the Patchett Defendants to move, answer or otherwise respond to the purported First Amended Complaint ("FAC"). The Patchett Defendants have not previously sought an extension of time to respond to the FAC.

*Application granted.*
*So ordered.*
Robert P. Patterson
U.S.D.J.
9/3/08

Respectfully Submitted,

Thomas M. Mullaney

Cc: All counsel of record